■ In the Matter of Louis Atkin, Respondent, v Board of Assessors of Town of Greece et al., Appellants. (Appeal No. 1.) In the Matter of Louis Atkin, Respondent, v Board of Assessors of Town of Greece et al., Appellants. (Appeal No. 2.) In the Matter of Louis Atkin, Respondent, v Board of Assessors of Town of Greece et al., Appellants. (Appeal No. 3.) [859 NYS2d 890]—Motion for leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Smith, Peradotto, Pine and Gorski, JJ.

■ The People of the State of New York, Respondent, v John Owens, Appellant. [859 NYS2d 891]—Motion for reargument denied. Present—Scudder, P.J., Smith, Centra, Peradotto and Pine, JJ.

■ The People of the State of New York, Respondent, v Brian K. Ace, Appellant. [859 NYS2d 891]—Motion for reargument denied. Present—Martoche, J.P., Centra, Lunn, Peradotto and Green, JJ.

■ John J. Whalen et al., Respondents, v ExxonMobil Oil Corporation et al., Appellants. [859 NYS2d 890]—Motion for leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Centra, Lunn, Peradotto and Green, JJ.

■ American Motorists Insurance Company, as Successor in Interest of Specialty National Insurance Company, as Subrogee of Niagara Falls City School District, Appellant, v Louis P. Ciminelli Construction Co., Inc., Also Known as Louis P. Ciminelli Construction Co. Inc., et al., Respondents, et al., Defendants. (Appeal No. 1.) American Motorists Insurance Company, as Successor in Interest of Specialty National Insurance Company, as Subrogee of Niagara Falls City School District, Appellant, v Louis P. Ciminelli Construction Co., Inc., Also Known as Louis P. Ciminelli Construction Co. Inc., et al., Defendants, and Davis-Ulmer Holding Corp. et al., Respondents. (Appeal No. 2.) [859 NYS2d 891]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Lunn, Peradotto, Green and Pine, JJ.

■ In the Matter of Poplar Hill, Inc., et al., Respondents, v Town of Clarence Zoning Board of Appeals, Respondent, and James Cecchini et al., Intervenors-Appellants. [859 NYS2d 891]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Hurlbutt, Centra, Green and Gorski, JJ.

■ Jane Doe et al., Appellants, v Roman Catholic Diocese of Rochester et al., Respondents. [859 NYS2d 890]—Motions for